

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF S.T.S, | § | No. 08-23-00138-CV |
| a Child. | § | Appeal from the |
| | § | 388th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2016DCM5159) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER 2023.

SANDEE BRYAN MARION, Chief Justice (Ret.)

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)